**JIAN JIN YE, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–1667.

United States Court of Appeals, Fourth Circuit.

Submitted: May 17, 2010.

Decided: June 28, 2010.

Oleh R. Tustaniwsky, Hualian Law Offices, New York, New York, for Petitioner. Tony West, Assistant Attorney General, Daniel E. Goldman, Senior Litigation Counsel, Theo Nickerson, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jian Jin Ye, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen as untimely and number barred. We have reviewed the record and the Board's order and find no abuse of discretion. *See* 8 C.F.R. § 1003.2(a), (c)(2) (2009). Accordingly, we deny the petition for review for the reasons stated by the Board. *In re: Ye* (B.I.A. May 20, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*